## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   1:17-CV-01856-RBJ

Andrew N. Wilson

      Plaintiff,

v.

SST Energy Corporation

      Defendant,

---

ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

---

This matter comes before this Court on Plaintiff Andrew N. Wilson and Defendant SST Energy Corporation's "Joint Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)". The Court has reviewed the file and considered the Joint Stipulation of Dismissal with Prejudice. The Court, being fully advised, finds and orders as follows:

**IT IS HEREBY ORDERED** that Andrew N. Wilson and SST Energy Corporation's request for the Court to enter an Order of Dismissal with Prejudice that dismisses this lawsuit in its entirety is **GRANTED**,

**DONE AND DATED** this 17th day of August, 2018.

                                                **BY THE COURT**

                                            _____

                                            District Court Judge